IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN-DEPTH TEST LLC, | § § | |
| Plaintiff, | § § | C.A. No. 14-1091-GMS |
| v. | § § | |
| LINEAR TECHNOLOGY CORPORATION | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**DELCARATION OF BRIAN E. FARNAN IN SUPPORT OF PLAINTIFF IN-DEPTH TEST, LLC'S RESPONSE IN OPPOSITION TO LINEAR TECHNOLOGY'S MOTION TO STAY**

I, Brian E. Farnan, declare:

1. I am a member of the bar of the State of Delaware and an attorney at Farnan LLP. I am one of the counsel to Plaintiff in this action. I submit this declaration in support of Plaintiff In-Depth Test, LLC's Response in Opposition to Linear Technology's Motion to Stay.

2. A copy of U.S. Patent No. 6,792,373 is attached as Exhibit A.

3. A copy of excerpts from Docket Navigator's *Year in Review 2014* are attached as Exhibit B.

4. Attached as Exhibit C is the United States Patent and Trademark Office's Patent Trial and Appeal Board's decision in *PNC Financial Services Group, Inc. v. Intellectual Ventures I LLC,* No. CBM2014-00032 (Paper No. 13) (P.T.A.B. May 22, 2014).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.


Date: February 20, 2015 /s/ Brian E. Farnan
Brian E. Farnan